**James L. SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66053.**

Missouri Court of Appeals,
Western District.

Aug. 1, 2006.

Irene C. Karens, Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang & Dora A. Fichter, Office of Attorney General, Jefferson City, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, ROBERT G. ULRICH, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

James Scott appeals the motion court's denial, after an evidentiary hearing, of his 24.035 motion for post-conviction relief from his guilty-plea conviction for attempt to manufacture methamphetamine. We have reviewed the briefs of the parties and the record, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Affirmed. Rule 84.16(b).

■

**Melba L. HUTTON, Appellant,**

v.

**Allen G. KING, et al, Defendant,**

and

**Dale Shipley and Shipley & Kjar, LLC, Respondents.**

**No. WD 66147.**

Missouri Court of Appeals,
Western District.

Aug. 1, 2006.

Thomas E. Hankins, Gladstone, for Appellant.

James Christian Morrow, Marth Ann Halvordson, Kansas City, for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, ROBERT G. ULRICH, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Melba Hutton appeals the jury verdict in favor of defendants Dale Shipley and Shipley & Kjar, L.L.C., in her malpractice action against Mr. Shipley and his law firm. We have reviewed the briefs of the parties and the record, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Affirmed. Rule 84.16(b).